# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY ARTHUR COPENHAVER, | No. EDCV 09-1616-CAS(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN MARSHALL (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 6/16/11

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
United States District Judge